Namvar A. Mokri (Bar No. 184912)
nmokri@mvjllp.com
Daniel J. McKenzie (Bar No. 249610)
dmckenzie@mvjllp.com
**MOKRI VANIS & JONES LLP**
4100 Newport Place Drive, Suite 840
Newport Beach, CA 92660
Tel: 949.226.7040 | F: 949.226.7150

Attorneys for Defendants, COSTCO WHOLESALE CORPORATION and COSTCO WHOLESALE MEMBERSHIP, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| FLORA KHODAGHOLIAN, an individual, FREDERICK MELIKIAN, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; DAVID FELDMAN, an individual; and DOES 1 to 25, Inclusive,<br><br>    Defendant(s). | Case No. 2:23-cv-10647-WLH-BFM<br>[Assigned to District Judge Wesley L. Hsu and Magistrate Judge Brianna Fuller Mircheff]<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: December 5, 2024

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

-1-

[STIPULATED PROTECTIVE ORDER]